IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FHL, INC. and CHRISTOPHER    )
YANNON,                      )
                             )
     Plaintiffs,             )
                             )    CIVIL ACTION NO.
     v.                      )      2:13cv555-MHT
                             )          (WO)
HARRY JAMES WALKER and       )
RAYMOND C. ADAMS, Executor   )
and Personal                 )
Representative of the        )
Estate of Clifford W.        )
Cleveland,                   )
                             )
     Defendants.             )
```

## JUDGMENT

Pursuant to the notice of voluntary dismissal (doc. no. 37), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Raymond C. Adams is dismissed without prejudice and terminated as a party, with costs taxed as paid. All claims against the other defendant remain.

The court assumes that defendant Adams has no objection to this dismissal. However, if there is an

objection, a written objection should be filed within five business days of entry of this judgment.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 22nd day of December, 2015.

                                         /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**