```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
       MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

FHL, INC. and CHRISTOPHER    )
YANNON,                      )
                             )
     Plaintiffs,             )
                             )      CIVIL ACTION NO.
     v.                      )        2:13cv555-MHT
                             )             (WO)
HARRY JAMES WALKER,          )
                             )
     Defendant.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiffs FHL, Inc.'s and Christopher Yannon's motion for entry of default judgment (doc. no. 38) is granted.

(2) Judgment is entered for plaintiff FHL, Inc. and against defendant Harry James Walker in the amount of $ 350,000 on plaintiff FHL's claim for an accounting.

(3) Judgment is entered for plaintiff Christopher Yannon and against defendant Harry James Walker in the

amount of $ 100,000 on plaintiff Yannon's claim for an accounting.

It is further ORDERED that costs are taxed against defendant Walker, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 9th day of June, 2016.

                                /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE